# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ANTWAN L. BATTLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-00532- |
| | § | ALM-AGD |
| NAVY FEDERAL CREDIT UNION, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 9, 2026, the Report of the Magistrate Judge, (Dkt. #26), was entered containing proposed findings of fact and recommendation that Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. #18) be granted, and that Plaintiff's case be dismissed with prejudice. The Report further recommended that any request for relief not addressed by the Report be denied as moot.

On March 20, 2026, Plaintiff filed his Notice of Non-Opposition to Dismissal with Prejudice (Dkt. #27). Accordingly, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. #18) is **GRANTED**, and that Plaintiff's case is **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that any relief not addressed by the Report is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**SIGNED this 24th day of March, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE